IN RE: MERZ, GEORGE                                    CASE NO. 08-12509

| | | BANK OF AMERICA, N.A. | CHECK NUMBER |
|---|---|---|---|
| Claim 000006, Payment 1.24% | | 32-1/1110 TX | 1009 |
| Capital Recovery II | Barbara Rivera-Fulton, Trustee | 0 | |
| 25 SE 2nd Avenue Suite 1120 | P.O. BOX 19980 | DATE | AMOUNT |
| Miami, FL 33131 | New Orleans, LA 70179 | 10/19/10 | ************2.68 |

Acct. 9349

**1827288**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-12509 | A | Debtor: MERZ, GEORGE EDWARD |
| | | Joint Debtor: MERZ, BRENDA HALL |

United States Bankruptcy Court
LA
500 Poydras Street
B-601
New Orleans, LA 70130

*Two Dollars And 68/100*

*Barbara Rivera-Fulton*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001009⑈ ⑆111000012⑆ 4437158916⑈

10/21/10
DEPOSITED TO 106000,
UNCLAIMED UNDER $25.00.
DUE: CAPITAL RECOVERY

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227788    - JN
* * C O P Y * *
October 21, 2010
    15:14:38

    UNC.UNDER$25
      08-12509
Debtor.: GEORGE EDWARD MERZ
Trustee: Barbara Rivera-Fulton
Amount.:          $2.68 CH
Check#.: 1009
```

Total->  $2.68

FROM: RIVERA FULTON

Date: 10/19/10

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 08-12509 - MERZ, GEORGE EDWARD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Capital Recovery II**<br>**25 SE 2nd Avenue Suite 1120**<br>**Miami, FL 33131**<br>    Acct. 9349 | 000006 | 215.51 | 2.68 |
| ---------- Remittance Total --------------- | | 215.51 | 2.68 |

*[signature: Barbara Rivera-Fulton]*

Law Ofc. of Barbara Rivera Fulton, Trustee